**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
PATRICK MORIN and JOSEPH OLIVIERI as
Trustees of the EMPIRE STATE CARPENTERS **ORDER**
WELFARE, PENSION, VACATION, ANNUITY, 06-CV-6821(ADS)(WDW)
SCHOLARSHIP, APPRENTICE-TRAINING,
LABOR-MANAGEMENT COOPERATION and
CHARITABLE TRUST FUNDS,

                        Plaintiffs,

        -against-

JAMES LAWSON d/b/a ARCHITECTURAL
FLOORING CONCEPTS,

                       Defendants.
-------------------------------------------------------------X

**APPEARANCES:**

**Slevin & Hart, PC**
Attorneys for the Plaintiffs
1625 Massachusetts Ave NW, Suite 450
Washington, DC 20036
      By: Christopher Schulte, Esq., Of Counsel

**NO APPEARANCES:**

James Lawson d/b/a Architectural Flooring Concepts

**SPATT, District Judge.**

      The Court referred this matter to United States Magistrate Judge William D. Wall for a report and recommendation as to the amount of damages, attorneys' fees, and costs to be awarded following the entry of a default judgment against the Defendant James Lawson d/b/a Architectural Flooring Concepts. On July 20, 2010,

Judge Wall issued a Report recommending that no damages, attorneys' fees, or costs be awarded to the Plaintiffs. To date, there have been no objections filed to the Report.

In reviewing a report and recommendation, a court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. §636(b)(1)(C). "To accept the report and recommendation of a magistrate, to which no timely objection has been made, a district court need only satisfy itself that there is no clear error on the face of the record." Wilds v. United Parcel Serv., 262 F. Supp. 2d 163, 169 (S.D.N.Y. 2003) (citing Nelson v. Smith, 618 F. Supp. 1186, 1189 (S.D.N.Y. 1985)).

The Court has reviewed Judge Wall's Report and finds it be persuasive and without any legal or factual errors. Accordingly, it is hereby ordered that Judge Wall's Report and Recommendation is adopted in its entirety. The Clerk of the Court is requested to close this case.

**SO ORDERED.**

Dated: Central Islip, New York
August 9, 2010

                  */s/ Arthur D. Spatt*
                  ARTHUR D. SPATT
                 United States District Judge